United States District Court
Southern District of Texas
**ENTERED**
September 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAUMEIKA LAVAUGHN BUSSEY, *et al,* | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:25cv4037 |
| VS | § | |
| | § | |
| UNION CARBIDE CORPORATION, *et al.* | | |

**RECUSAL ORDER**

I stand recused in this case.

SIGNED on this 2nd day of September, 2025

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE